# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HOPKINS, VIRGINIA E. | U.S. DISTRICT COURT | 09/25/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR UNITED STATES DISTRICT JUDGE | ☐ Nomination Date ☐ Initial ☐ Annual ☑ Final | 01/01/2019 to 08/31/2019 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

619 HUGO BLACK COURTHOUSE
1729 5TH AVENUE N
BIRMINGHAM, AL 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | IRREVOCABLE LIFE INSURANCE TRUST # 1 (UNFUNDED) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 09/25/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HOPKINS, VIRGINIA E.** | 09/25/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 09/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CASH - WELLS FARGO BANK ACCOUNT | | None | J | T | | | | | |
| 2. CASH - LEGACY CREDIT UNION ACCOUNT | A | Int./Div. | M | T | | | | | |
| 3. CASH - MORGAN STANLEY SMITH BARNEY ACCOUNT | A | Int./Div. | K | T | | | | | |
| 4. ABIOMED INC | | None | | | Buy | 02/05/19 | K | | |
| 5. | | | | | Buy (add'l) | 03/18/19 | J | | |
| 6. | | | | | Sold | 04/10/19 | K | A | |
| 7. ADOBE SYSTEMS | | None | K | T | Sold (part) | 05/03/19 | J | C | |
| 8. | | | | | Buy (add'l) | 06/07/19 | J | | |
| 9. ALIGN TECHNOLOGY | | None | | | Sold (part) | 02/05/19 | J | D | |
| 10. | | | | | Sold | 03/18/19 | J | D | |
| 11. AMAZON COM INC | | None | K | T | Buy (add'l) | 06/07/19 | J | | |
| 12. ANTHEM INC COM | A | Dividend | | | Sold (part) | 05/10/19 | J | C | |
| 13. | | | | | Sold (part) | 05/24/19 | J | C | |
| 14. | | | | | Sold | 07/05/19 | J | B | |
| 15. APPLE INC | A | Dividend | K | T | Sold (part) | 02/25/19 | J | C | |
| 16. | | | | | Buy (add'l) | 06/07/19 | J | | |
| 17. BAXTER INTL INC | A | Dividend | K | T | Buy | 05/10/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 09/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 06/07/19 | J | A | |
| 19. BECTON DICKINSON & CO | A | Dividend | | | Sold | 05/10/19 | K | B | |
| 20. COHEN & STEERS PREF SEC & INC | A | Dividend | K | T | Buy | 06/07/19 | K | | |
| 21. DESTRA FLHRT & CRMN PFD & INC | A | Dividend | K | T | Buy | 06/07/19 | K | | |
| 22. EATON VANCE ENHANCED EQTY | B | Dividend | K | T | | | | | |
| 23. EATON VANCE TAX MNGD BY WT | B | Dividend | K | T | Buy<br>(add'l) | 06/07/19 | J | | |
| 24. EDWARD LIFESCIENCES CORP | | None | K | T | Buy | 04/03/19 | J | | |
| 25. | | | | | Buy<br>(add'l) | 04/10/19 | J | | |
| 26. | | | | | Buy<br>(add'l) | 06/07/19 | J | | |
| 27. FISERV INC WISCONSIN | | None | K | T | Sold<br>(part) | 03/19/19 | J | C | |
| 28. GLOBAL PAYMENT INC | A | Dividend | K | T | Buy | 05/03/19 | J | | |
| 29. | | | | | Buy<br>(add'l) | 06/07/19 | J | | |
| 30. HARRIS CORPORATION DELAWARE | A | Dividend | | | Sold<br>(part) | 06/07/19 | J | B | See Part VIII, Addtl<br>Info |
| 31. | | | | | Merged<br>(with line 46) | 07/01/19 | K | | See Part VIII, Addtl<br>Info |
| 32. HEICO CORP NEW | A | Dividend | K | T | Sold<br>(part) | 06/07/19 | J | D | |
| 33. IDEXX LABS | | None | K | T | Sold<br>(part) | 06/07/19 | J | B | |
| 34. ILLUMINA INC | | None | K | T | Buy | 07/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 09/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 07/05/19 | J | | |
| 36. INTEL CORP | | None | | | Buy | 03/18/19 | J | | |
| 37. | | | | | Sold | 05/02/19 | J | A | |
| 38. ISHARES BARCLAYS 1-3 YR TRES | A | Dividend | | | Sold | 06/07/19 | K | A | |
| 39. ISHARES 3-7 YR TREASURY BD ETF | A | Dividend | L | T | | | | | |
| 40. ISHARE CORE U.S. AGGREGATE | A | Dividend | L | T | | | | | See Part VIII, Addtl<br>Info |
| 41. ISHARES SHORT TREAS BD | A | Dividend | | | Sold | 04/03/19 | K | A | |
| 42. ISHARES US AEROSPACE & DEF ETF | A | Dividend | K | T | Buy<br>(add'l) | 02/25/19 | J | | |
| 43. | | | | | Buy<br>(add'l) | 08/19/19 | J | | |
| 44. JANUS HENDERSON SHORT DUR | A | Dividend | | | Sold<br>(part) | 02/15/19 | K | A | |
| 45. | | | | | Sold | 04/01/19 | K | A | |
| 46. L3 HARRIS TECH INC | | None | K | T | Open | 07/01/19 | K | | See Part VIII, Addtl<br>Info |
| 47. LULULEMON ATHLETICA INC | | None | K | T | Buy | 02/12/19 | K | | |
| 48. | | | | | Buy<br>(add'l) | 06/07/19 | J | | |
| 49. METROPOLITAN WEST TOT RET BD<br>FD | A | Dividend | K | T | Sold<br>(part) | 08/22/19 | J | A | |
| 50. MICROSOFT CORP | A | Dividend | K | T | Buy | 01/31/19 | J | | |
| 51. | | | | | Buy<br>(add'l) | 02/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 09/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  NETFLIX INC | | None | K | T | Buy | 02/13/19 | J | | |
| 53. | | | | | Buy<br>(add'l) | 02/28/19 | J | | |
| 54. | | | | | Buy<br>(add'l) | 03/19/19 | J | | |
| 55. | | | | | Buy<br>(add'l) | 06/07/19 | J | | |
| 56.  NUVEEN PFD SEC & INC | A | Dividend | K | T | Buy | 06/07/19 | K | | |
| 57.  NVIDIA CORPORATION | | None | | | Sold | 01/30/19 | J | D | |
| 58.  PALO ALTO NETWORKS INC | | None | | | Buy | 02/05/19 | K | | |
| 59. | | | | | Buy<br>(add'l) | 02/12/19 | J | | |
| 60. | | | | | Buy<br>(add'l) | 06/07/19 | J | | |
| 61. | | | | | Sold | 07/01/19 | K | A | |
| 62.  PAYPAL HLDGS INC | | None | K | T | Buy | 06/07/19 | K | | |
| 63.  PIONEER MLTI AST ULT SHORT INC | A | Dividend | | | Sold | 06/07/19 | K | A | |
| 64.  SALESFORCE.COM INC | | None | K | T | Sold<br>(part) | 06/07/19 | J | B | |
| 65.  SHERWIN WILLIAMS COMPANY OHIO | A | Dividend | K | T | Buy<br>(add'l) | 06/07/19 | J | | |
| 66.  SQUARE INC CL A | | None | | | Buy | 02/06/19 | J | | |
| 67. | | | | | Buy<br>(add'l) | 02/15/19 | J | | |
| 68. | | | | | Sold | 05/02/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 09/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. STARBUCKS CORP | A | Dividend | K | T | Buy | 02/15/19 | J | | |
| 70. | | | | | Buy (add'l) | 03/19/19 | J | | |
| 71. | | | | | Buy (add'l) | 06/07/19 | J | | |
| 72. SPDR BARCLAYS CAPITAL TIPS | B | Dividend | L | T | | | | | |
| 73. THERMO FISHER SCIENTIFIC | A | Dividend | K | T | Buy | 04/03/19 | J | | |
| 74. | | | | | Buy (add'l) | 04/10/19 | J | | |
| 75. | | | | | Buy (add'l) | 06/07/19 | J | | |
| 76. UNITEDHEALTH GP INC | A | Dividend | | | Sold (part) | 05/10/19 | J | C | |
| 77. | | | | | Sold (part) | 06/07/19 | J | C | |
| 78. | | | | | Sold (part) | 06/24/19 | J | C | |
| 79. | | | | | Sold | 07/01/19 | J | C | |
| 80. VEEVA SYS INC CL A | | None | K | T | Buy | 05/10/19 | K | | |
| 81. VERTEX PHARMACEUTICALS | | None | K | T | Buy | 05/24/19 | J | | |
| 82. | | | | | Buy (add'l) | 06/07/19 | J | | |
| 83. VISA INC CL A | A | Dividend | K | T | Buy | 01/31/19 | J | | |
| 84. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 85. | | | | | Buy (add'l) | 06/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 09/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. VOYA FINANCIAL INC | A | Dividend | K | T | Buy | 05/10/19 | K | | |
| 87. | | | | | Buy<br>(add'l) | 06/07/19 | J | | |
| 88. WISDOM TREE FLOATING RATE | A | Dividend | | | Sold | 06/07/19 | K | A | |
| 89. WORKDAY INC CL AA | | None | K | T | Buy | 07/01/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HOPKINS, VIRGINIA E.** | 09/25/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

THE IRREVOCABLE INSURANCE TRUST #1 AS REPORTED IN PART I, LINE I IS UNFUNDED AND THEREFORE IS NOT INCLUDED IN SECTION VII, "INVESTMENTS AND TRUSTS".

Part VII, Investments and Trusts, Lines 30 and 46 - On July 1, 2019, Harris Corporation changed its name, CUSIP, and trading symbol to L3 Harris Technologies. There was not any other substantial change in this investment during 2018.

Part VII, Investments and Trusts, Line 40 - "ISHARE CORE US AGGREGATE" increased from code K to code L despite no activity reported. This increase was purely due to increases in the market value of the securities held during 2019. There are no further acquisitions or dispositions to report for this security during the current period.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ VIRGINIA E. HOPKINS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544